## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AMERICAN SECURITY INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                                 Case No.  8:10-cv-2137-T-30TGW

PARLIAMENT COACH CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

    The Court has been advised by Attorney Kerry C. McGuinn, Jr. that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on March 30, 2012.

                                                                                JAMES S. MOODY, JR.
                                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2137.dismissal.wpd